UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LUCIUS LATTIMORE,

    Plaintiff,

vs.                                         Case No. 3:10-cv-828-J-12TEM

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on Defendant's Unopposed Motion for Remand Pursuant to Sentence Six of 42 U.S.C. § 405(g) (Doc. 10), filed December 30, 2010. Defendant asserts that the hearing tape in this matter is inaudible necessitating remand to conduct a new hearing. As a result, the Defendant requests a remand to the Commissioner of Social Security for further administrative proceedings.

Under the circumstances here, remand to the Commissioner is appropriate pursuant to sentence six of 42 U.S.C. §405(g) and 42 U.S.C. §1383(c)(3). See Melkonyan v. Sullivan, 501 U.S. 89, 100 n.2 (1991) (noting that sentence six "authorizes the district court to remand on motion by the Secretary made before the Secretary has filed a response in the action"). Accordingly, after due consideration, it is

    **ORDERED**:

    1.    That Defendant's Unopposed Motion for Remand Pursuant to Sentence Six of 42 U.S.C. § 405(g) (Doc. 10) is **GRANTED**; and.

2. That pursuant to sentence six of 42 U.S.C. §405(g) and §1383(c)(3), this cause is **REMANDED** to the Commissioner of Social Security for further administrative proceedings which shall include taking such administrative action as may be necessary for a complete adjudication of Plaintiff's claim; and

3. That the Clerk shall close the file.

**DONE AND ORDERED** this 5th day of January 2011.

*Howell W. Melton*
**Howell W. Melton**
Senior United States District Judge

Copies to:

Counsel of Record
Any Unrepresented Party